No. 64753.—Arthur J. Humphreys *v.* United States, protests 58/10105 and 58/10106 (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gill nets similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiff was sustained.